IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:18-CR-237-SDJ-CAN |
| | § | |
| SHAWN WILDER (1) | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant Shawn Wilder's ("Defendant") supervised release. This matter was referred to the Court for a report and recommendation, and the Court conducted a hearing on June 12, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Phillip Linder. The Government was represented by Assistant United States Attorney Tom Gibson.

Defendant was sentenced on August 12, 2019, before The Honorable Marcia A. Crone of the Eastern District of Texas after pleading guilty to the offense of Felon in Possession of a Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of ten (10) years. The guideline imprisonment range, based on a total offense level of 12 and a criminal history category of VI, was 30 to 37 months. He was subsequently sentenced to 37 months imprisonment followed by three (3) years supervised released subject to the standard conditions of release, plus special conditions to include access to financial information to monitor lawful employment, not consume alcoholic beverages, not knowingly purchase, possess, distribute administer any psychoactive substances, random urinalysis testing, substance abuse treatment, mental health treatment, and mental health medications. On September 9, 2021, he completed his period of imprisonment and began service of the supervision term. The case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge on April 13, 2022.

On January 12, 2023, the United States Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision [Dkt. 55, Sealed]. The Petition asserts that Defendant violated six (6) conditions of supervision, as follows: (1) You must not commit another federal, state or local crime; (2) You must not unlawfully possess a controlled substance; (3) You must not commit another federal, state, or local crime; (4) You must not unlawfully possess a controlled substance; (5) You must refrain from any unlawful use of a controlled substance; and (6) You must participate in a program of testing and treatment for substance abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing [Dkt. 55 at 1-4, Sealed].

The Petition alleges that Defendant committed the following acts: (1) On June 4, 2022, in Collin County, Texas, Defendant was arrested for the offenses of Driving while Intoxicated (DWI) 2nd, a class A Misdemeanor; Possession of a Controlled Substance in PG3 (Less than 28 g), a class A Misdemeanor; and Possession of a Controlled Substance PG 1/1-B<1G, a state jail felony. He was taken into custody on that night and was released the following day on a $3,500 bond. No formal charges have been filed for the DWI offense. Defendant was indicted for the state jail felony offense of Poss CS PG 1/1-B<1G under Case Number 380-8421-2022 in the 380th District Court in Collin County Texas. The next court hearing is scheduled for January 20, 2023. Additionally, he was indicted for the first-degree felony offense of Manufacture Delivery of a Controlled Substance PG 2 or 2-A>4G<400G under Case Number 380-84213-2022 in the 380th District Court in Collin County. The next court hearing is scheduled for January 20, 2023. According to an offense report, on June 4, 2022, officers with the Plano, Texas Police Department were dispatched to a welfare concern. The officers observed him to be lethargic, thick tongued, and slow to speak.

They asked him when he last used narcotics and he stated, "I did not use today, it's been 24 hours". The officers asked him what he used, and he stated that he used "heroin and made monkey water." Defendant advised officers he stopped his vehicle in the high occupancy vehicle lane due to having a flat tire. Officers conducted a standardized field sobriety test which he failed. He stated to the officers "I am going to be honest with you today, I don't think that I should be driving." Defendant advised there may be some "points" (hypodermic needles) or a spoon inside the vehicle as well. Due to this circumstance, officers had enough probable cause to search his vehicle. During the search, officers found heroin, alprazolam, marijuana, THC cartridges, and drug paraphernalia. Defendant was arrested for Driving While Intoxicated and possession of narcotics; (2) Defendant was in possession of heroin, alprazolam, marijuana, and THC cartridges as evidenced by the discovery of it during the arrest on June 4, 2022; (3) On October 21, 2022, Defendant was arrested by the Dallas, Texas Police Department, in Collin County, for the following offenses: two charges of Possession of a Controlled Substance PG1> or Equal 1G<4G, a third-degree felony, and one charge of Possession of a Controlled Substance PG3 <28 G. No formal charges have been filed and the matters remain pending in Collin County. According to offense report, on October 21, 2022, officers observed Defendant driving a vehicle that was suspected of being used in an Aggravated Assault offense the day before. Additionally, officers knew Defendant had multiple warrants for his arrest. He was pulled over and detained on the existing warrants. A search was conducted of the vehicle and the following was discovered: approximately 2.8 grams of methamphetamine, 2.0 grams of heroin, 2.3 grams of loose Xanax pills, and a jar of what appeared to be marijuana. Defendant admitted he did not have prescriptions for any of the drugs found; (4) Defendant was in possession of methamphetamine, heroin, Xanax, and marijuana as evidenced by the discovery of it during the arrest on October 21, 2022; (5) During an office visit conducted

on April 7, 2022, Defendant submitted a urine specimen which produced positive results for Amphetamines, Marijuana, Methamphetamine, Cocaine and Oxymorphone. He admitted to using the illegal substances through written and verbal admission, and the specimen was confirmed positive for Amphetamine, Methamphetamine, and Marijuana by the national lab. On April 21, 2022, he submitted a urine specimen at the U.S. Probation Office that tested positive for Opiates and Oxymorphone. He admitted to using Methamphetamine and Oxycodone on April 16, 2022, through a written and verbal admission. The specimen was sent to the national lab for confirmation, and the results were confirmed positive for Codeine and Morphine. On May 24, 2022, he submitted a urine specimen at the U.S. Probation Office that tested positive for Oxycodone, Methamphetamine, and Opiates. Defendant admitted to using Methamphetamine and Oxy pills through a written admission; and (6) Defendant was referred to outpatient substance abuse treatment through Fletcher Counseling after testing positive for illegal substances. Defendant failed to comply with the rules and regulations of the treatment program. He failed to report to the group sessions on more than three occasions and failed to successfully complete the program [Dkt. 55 at 1-4, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to allegation 5 of the Petition. The Government dismissed allegations 1, 2, 3, 4, and 6. Having considered the Petition and the plea of true to allegation 5, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court [Dkts. 65; 66].

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of twenty-four (24) months, to run concurrently with any pending state charges that may be adjudicated, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons facility in Fort Worth, Texas, specifically FMC Fort Worth, if appropriate.

**SIGNED this 16th day of June, 2023.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE